UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

-v-

NICOS ACHILLEAS STEPHANOU, *et al.*,

    Defendants.

No. 09 Civ. 1043 (RJS)
ORDER

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/11/09

---

RICHARD J. SULLIVAN, District Judge:

    The Court is in receipt of a letter from counsel for Defendant George Paparrizos ("Paparrizos"), dated May 8, 2009, informing the Court that Plaintiff and Paparrizos have reached a settlement, and that it will take Plaintiff thirty to sixty days to review and finalize the settlement. The Parties are hereby ordered to submit a stipulation of settlement, to be *received* no later than July 8, 2009. If the Parties have not finalized a settlement agreement by that date, they should submit a joint status letter to the Court, to be *received* no later than July 8, 2009, informing the Court of the status of the settlement.

SO ORDERED.

Dated:    May 8, 2009
             New York, New York

                                            RICHARD J. SULLIVAN
                                            UNITED STATES DISTRICT JUDGE