UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/11/09
```

SECURITIES AND EXCHANGE
COMMISSION,

                Plaintiff,

-v-

NICOS ACHILLEAS STEPHANOU, *et al.*,

                Defendant.

No. 09 Civ. 1043 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The Court is in receipt of separate letters from Defendants Achilleas Stephanou and Nicos Stephanou in the above-captioned matter, both dated June 10 2009. Achilleas Stephanou requests an extension until August 11, 2009 to answer the complaint. Nicos Stephanou requests an extension of time until July 13, 2009 to answer the complaint.

    The Court grants both Defendants' requests. The Parties are reminded however to comply with the discovery deadlines set forth in the Case Management Plan and Scheduling Order, dated May 27, 2009.

SO ORDERED.

Dated:      June 11, 2009
              New York, New York

                                          RICHARD J. SULLIVAN
                                          UNITED STATES DISTRICT JUDGE