USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/18/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

-v-

RAMESH CHAKRAPANI,

        Defendant.

No. 09 Civ. 325 (RJS)
ORDER

---

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiffs,

-v-

NICOS ACHILLEAS STEPHANOU, *et al.*,

        Defendants.

No. 09 Civ. 1043 (RJS)
ORDER

---

RICHARD J. SULLIVAN, District Judge:

    The Court is in receipt of three letters, one from the United States Attorney's Office for the Southern District of New York, dated June 11, 2009, one from counsel for Defendant Ramesh Chakrapani, dated June 16, 2009, and one from the Securities and Exchange Commission, dated June 18, 2009.

The Court will address the issues discussed in these letters at a conference to be held on Wednesday, June 24, 2009 at 9:30 a.m. in Courtroom 21C, United States District Court, 500 Pearl Street, New York, New York. Counsel for all parties, as well as counsel from the United States Attorney's Office for the Southern District of New York, shall attend.

SO ORDERED.

Dated:   June 18, 2009
         New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE