SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Securities and Exchange Commission
　　　　　　　　　　　　　　　Plaintiff,



09   cv   ~~00325~~

09   cv   01043   ( RJS )

- against -
Ramesh Chakrapani　　　　　　Defendant.
and
Nicos Achilleas Stephanou, et al.

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of Joseph P. Dever   attorney for  Securities and Exchange Commission

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | G. Jeffrey Boujoukos |
| Firm Name: | Securities and Exchange Commission |
| Address: | 701 Market Street, Suite 2000 |
| City/State/Zip: | Philadelphia, PA 19106 |
| Telephone/Fax: | (215) 597-3100 / (215) 597-2740 |
| Email Address: | BoujoukosJ@sec.gov |

is admitted to practice pro hac vice as counsel for   Securities and Exchange Commission   in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:

_____
United States District/Magistrate Judge

SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Securities and Exchange Commission

Plaintiff,

- against -

Defendant.

Ramesh Chakrapani
and
Nicos Achilleas Stephanou, et al.

09 cv 00325 (RJS)

09 cv 01043 (RJS)

**MOTION TO ADMIT COUNSEL**

**PRO HAC VICE**

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Joseph P. Dever   a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

| | |
|---|---|
| Applicant's Name: | G. Jeffrey Boujoukos |
| Firm Name: | Securities and Exchange Commission |
| Address: | 701 Market Street, Suite 2000 |
| City/State/Zip: | Philadelphia, PA 19106 |
| Phone Number: | (215) 597-3100 |
| Fax Number: | (215) 597-2740 |

G. Jeffrey Boujoukos   is a member in good standing of the Bar of the States of Massachusetts and Pennsylvania

There are no pending disciplinary proceeding against   G. Jeffrey Boujoukos   in any State or Federal court.

Dated: 6/19/2009
City, State: Philadelphia, Pennsylvania

Respectfully submitted,

*[signature]*

Sponsor's   Joseph P. Dever
SDNY Bar JD-9589
Firm Name: U.S. Securities and Exchange Commission
Address: 3 World Financial Center
City/State/Zip: New York, NY 10281
Phone Number: (212) 336-0058
Fax Number: (212) 336-1319

SDNY Form Web 10/2006

UNITED STATES DISTRICT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| Securities and Exchange Commission | Plaintiff, | 09 cv 00325 (RJS) |
| | | 09 cv 01043 (RJS) |
| - against - | | **AFFIDAVIT OF**<br>**JOSEPH P. DEVER**<br>**IN SUPPORT OF MOTION** |
| Ramesh Chakrapani<br>and<br>Nicos Achilleas Stephanou, et al. | | **TO ADMIT COUNSEL**<br>**PRO HAC VICE**<br>Defendant. |

State of New York )
                  ) ss:
County of New York )

Joseph P. Dever, being duly sworn hereby deposes and says as follows:

1. I am Counsel at the Securities and Exchange Commission. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit G. Jeffrey Boujoukos as counsel pro hac vice to represent Plaintiff in this matter.

2. I am a member in good standing of the bar of the state of New York, and was admitted to practice law in 2000. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known G. Jeffrey Boujoukos since 1993.

4. Mr. Boujoukos is Counsel at the Securities and Exchange Commission, in Philadelphia, Pennsylvania.

5. I have found Mr. Boujoukos to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of, pro hac vice

7. I respectfully submit a proposed order granting the admission of G. Jeffrey Boujoukos, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE, it is respectfully requested that the motion to admit G. Jeffrey Boujoukos, pro hac vice, to represent Plaintiff in the above captioned matter, be granted.

Dated: 6/23/09
City, State: New York, New York
Notarized:

YITZCHOK KLUG
Notary Public - State of New York
No. 02KL6128719
Qualified in Kings County
Commission Expires June 13, 20 13

Respectfully submitted,

Joseph P. Dever
JD-9589



## Supreme Court of Pennsylvania

### CERTIFICATE OF GOOD STANDING

*G. Jeffrey Boujoukos, Esq.*

**DATE OF ADMISSION**

*December 14, 1992*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: June 22, 2009

John W. Person, Jr., Esq.
Deputy Prothonotary

## COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

---

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **twenty-seventh** day of **April** A.D. **1993**, said Court being the highest Court of Record in said Commonwealth:

### G. Jeffrey Boujoukos

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **twenty-fourth** day of **June** in the year of our Lord **two thousand and nine.**



MAURA S. DOYLE, Clerk

\* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116

## CERTIFICATE OF SERVICE

This is to certify that on this 30th day of June, 2009, I caused a true and correct copy of Plaintiff Securities and Exchange Commission's Motion for Pro Hac Vice for G. Jeffrey Boujoukos to be served via first class mail upon the following:

>Andrew L. Fish, Esquire
>United States Department of Justice
>United States Attorney
>Southern District of New York
>One Saint Andrew's Plaza
>New York, NY 10007
>E-mail: andrew.fish@usdoj.gov
>**(Counsel for Department of Justice)**

>Michael S. Sommer, Esquire
>Wilson Sonsini Goodrich & Rosati
>1301 Avenue of the Americas
>New York, New York 10019
>E-mail: msommer@wsgr.com
>**(Counsel for Ramesh Chakrapani)**

>Christopher J. Morvillo, Esquire
>Morvillo, Abramowitz, Grand, Iason,
>Anello & Bohrer, P.C.
>565 Fifth Avenue
>New York, NY 10017
>E-mail: rmorvillo@maglaw.com
>**(Counsel for Nicos Achilleas Stephanou)**

>Todd Maybrown, Esquire
>Allen, Hansen & Maybrown, PS
>600 University Street, Suite 3020
>Seattle, Washington 98101
>E-mail: Todd@ahmlawyers.com
>**(Counsel for George Paparrizos)**

>Russell T. Neufeld, Esquire
>99 Hudson Street, 8th Floor
>New York, NY 10013
>E-mail: RussellTNeufeld@aol.com
>**(Counsel for George Paparrizos)**

Roberto Finzi, Esquire
Mark Floyd Pomerantz, Esquire
Theodore Von Wells, Jr., Esquire
Liad Levinson, Esquire
Paul, Weiss, Rifkind, Wharton & Garrison LLP
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064
E-mail: rfinzi@paulweiss.com
E-mail: mpomerantz@paulweiss.com
E-mail: twells@paulweiss.com
E-mail: llevinson@paulweiss.com
**(Counsel for Joseph Contorinis)**

Michael Bachner, Esquire
Bachner & Associates, PC
26 Broadway, Suite 2310
New York, NY 10004
E-mail: mb@bhlawfirm.com
**(Counsel for Michael Koulouroudis)**

                                            _s/Joseph P. Dever_
                                              Joseph P. Dever

2



UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
PHILADELPHIA REGIONAL OFFICE
MELLON INDEPENDENCE CENTER
701 MARKET STREET
SUITE 2000
PHILADELPHIA, PENNSYLVANIA 19106-1532

NICHELLE PRIDGEN
*Paralegal Specialist*
*(215) 597-3888*
*pridgenn@sec.gov*

June 30, 2009

**Via Federal Express**

Clerk of Court
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

    Re:   *SEC v. Ramesh Chakrapani,, 09-cv-00325 (RJS) and*
            *SEC v. Nicos Achilleas Stephanou, et al. 09-cv-01043 (RJS)*

Dear Clerk of Court:

    Enclosed please find for filing, the Pro Hac Motion and proposed Order for G. Jeffrey Boujoukos. The Motion is being submitted in the above referenced matter. A disc of the document in pdf format is also enclosed.

    The fee of $25.00 should be *waived* because Mr. Boujoukos represents the Securities and Exchange Commission which is a federal government agency.

    If you have any questions, please contact me at (215) 597-3888.

                                          Sincerely,

                                          Nichelle Pridgen

Enclosures

cc:    Service List