# MEMO ENDORSED



**WSGR** Wilson Sonsini Goodrich & Rosati
PROFESSIONAL CORPORATION

1301 Avenue of the Americas, 40th Floor
New York, NY 10019-6022

PHONE 212.999.5800
FAX 212.999.5899

www.wsgr.com

July 9, 2009

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/10/09
```

**BY EMAIL AND OVERNIGHT DELIVERY**
The Honorable Richard J. Sullivan
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

  Re: SEC v. Chakrapani, 09 Civ 325 (RJS)
     SEC v. Stephanou, 09 Civ 1043 (RJS)

Dear Judge Sullivan:

  We are in receipt of the Securities & Exchange Commission's ("SEC") Response to the United States Attorney's Office Application to Intervene and Stay Discovery in the above-referenced matters that was filed earlier today. In their papers, the SEC asserts (for the first time) that defendant Nicos Stephanou plans to invoke his Fifth Amendment rights during discovery. We respectfully request the opportunity to file a short submission to Your Honor in response to this new information by Wednesday, July 15, 2009.

              Respectfully submitted,

              WILSON SONSINI GOODRICH & ROSATI
              Professional Corporation

              Michael S. Sommer

cc: All counsel of record
   Andrew L. Fish, Esq.

SO ORDERED
Dated: 7/9/09

RICHARD J. SULLIVAN
U.S.D.J.