UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

-v-

NICOS ACHILLEAS STEPHANOU, *et al.*,

Defendants.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/9/09

No. 09 Civ. 1043 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

By letter dated May 8, 2009, the Parties informed the Court that the SEC and George Paparrizos ("Paparrizos") have reached a settlement in this matter. The Court subsequently issued an order, dated May 8, 2009, providing the Parties with sixty days to submit a stipulation of settlement. By letter dated July 8, 2009, the Parties informed the Court that Plaintiff and Paparrizos "have reached an agreement in principle as to the terms of a settlement," and that it will take them an additional thirty to sixty days to submit a final proposed settlement to the Court. By order dated July 8, 2009, the Court again provided the Parties with sixty days to submit a stipulation of settlement.

The Court is now in receipt of a third jointly-submitted letter from the Parties, dated September 9, 2009, once again informing the Court that Plaintiff and Paparrizos "have reached an agreement in principle as to the terms of a settlement," and that it will take the Parties an additional thirty to sixty days to submit a final proposed settlement to the Court.



The Parties are HEREBY ORDERED to submit a final proposed stipulation of settlement, to be *received* no later than Wednesday, September 23, 2009. No further extensions will be granted, absent a truly compelling reason explaining why four months is insufficient time for the Parties in this matter to submit a proposed stipulation of settlement.

SO ORDERED.

Dated:     September 9, 2009
           New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE

2