**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/8/09
```

---

SECURITIES AND EXCHANGE COMMISSION,          :
                                              :
                    Plaintiff,                :
                                              :
        v.                                    :     Civil Action No.
                                              :     09-cv-01043 (RJS)
NICOS ACHILLEAS STEPHANOU, et al.,            :     ECF CASE
                                              :
                    Defendants.               :
                                              :

---

### SECURITIES AND EXCHANGE COMMISSION'S NOTICE OF VOLUNTARY DISMISSAL OF ITS CLAIMS AGAINST DEFENDANTS ACHILLEAS STEPHANOU AND KONSTANTINOS PAPARRIZOS

**WHEREAS**, on February 5, 2009, the Securities and Exchange Commission ("Commission") filed the above captioned matter against seven defendants, including Achilleas Stephanou and Konstantinos Paparrizos; and

**WHEREAS**, as of the date hereof, neither Achilleas Stephanou nor Konstantinos Paparrizos has served in this matter either an answer or a motion for summary judgment;

**NOW, THEREFORE**, the Commission hereby serves notice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), that it is voluntarily dismissing without prejudice all of its claims in this matter against defendants Achilleas Stephanou and Konstantinos Paparrizos,

including the Commission's requests for disgorgement, prejudgment interest, and civil penalties against those defendants.

Dated: October 7, 2009                    Respectfully submitted,


                                        s/Kingdon Kase
                                        G. Jeffrey Boujoukos (*admitted pro hac vice*)
                                        Kingdon Kase (*admitted pro hac vice*)
                                        Catherine E. Pappas (*admitted pro hac vice*)
                                        Mary Etheridge Hansen (ME-9947)

                                        Attorneys for Plaintiff
                                        **SECURITIES AND EXCHANGE COMMISSION**
                                        Mellon Independence Center
                                        701 Market Street, Suite 2000
                                        Philadelphia, PA 19106
                                        Telephone: (215) 597-3100
                                        Facsimile: (215) 597-2740


SO ORDERED.
Dated:
10/8/09                    RICHARD J. SULLIVAN
                           U.S.D.J.

### CERTIFICATE OF SERVICE

I do hereby certify that on this 7th day of October, 2009, I caused a true and correct copy of the foregoing Securities and Exchange Commission's Notice of Voluntary Dismissal of its claims against defendants Achilleas Stephanou and Konstantinos Paparrizos to be served upon the following persons electronically via the Court's ECF system:

Michael S. Sommer, Esquire
Michael Marando Esquire
Mitchell Epner, Esquire
Wilson Sonsini Goodrich & Rosati
1301 Avenue of the Americas
New York, New York 10019
Telephone:  (212) 999-5800
Facsimile:  (212) 999-5899
E-mail:  msommer@wsgr.com
**(Counsel for Ramesh Chakrapani)**

Roberto Finzi, Esquire
Mark Floyd Pomerantz, Esquire
Theodore Von Wells, Jr., Esquire
Liad Levinson, Esquire
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone:  (212) 373-3311
Facsimile:  (212) 492-0311
E-mail:  rfinzi@paulweiss.com
E-mail:  mpomerantz@paulweiss.com
E-mail:  twells@paulweiss.com
E-mail:  llevinson@paulweiss.com
**(Counsel for Joseph Contorinis)**

Michael Bachner, Esq.
Bachner & Associates, PC
26 Broadway, Suite 2310
New York, NY 10004
Telephone:  (917) 388-6461
Facsimile:  (212) 344-7774
E-mail:  mb@bhlawfirm.com
**(Counsel for Michael Koulouroudis)**

s/Kingdon Kase
Kingdon Kase

Attorney for Plaintiff

SECURITIES AND EXCHANGE COMMISSION
Philadelphia Regional Office
701 Market Street, Suite 2000
Philadelphia, PA  19106
(215) 597-3100