UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
SECURITIES & EXCHANGE COMMISSION,
:
Plaintiff,
:
-against-
:
NICOS ACHILLEAS STEPHANOU, ET AL.,
:
Defendants.
------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/22/09
```

ORDER
09 Civ 1043 (RJS)(KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

IT IS HEREBY ORDERED that the settlement conference scheduled previously for December 7, 2009, at 3:00 p.m., will commence on the same date, at 2:30 p.m., in courtroom 20A, 500 Pearl St., New York, New York.

Dated: New York, New York
       October 22, 2009

SO ORDERED:

*/s/ Kevin Nathaniel Fox*
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE