UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE
COMMISSION,

                 Plaintiff,

               v.

NICOS ACHILLEAS STEPHANOU,
RAMESH CHAKRAPANI,
ACHILLEAS STEPHANOU,
GEORGE PAPARRIZOS,
    a/k/a GEORGIOS PAPARRIZOS,
KONSTANTINOS PAPARRIZOS,
MICHAEL G. KOULOUROUDIS, and
JOSEPH CONTORINIS,

               Defendants.

**NOTICE OF MOTION**

**Civil Action No. 09-01043 (RJS)**

**PLEASE TAKE NOTICE** that upon the declaration of Roberto Finzi dated December 4, 2009, and the accompanying memorandum of law, Defendant Joseph Contorinis moves to compel production of documents from the Securities and Exchange Commission and the United States Attorney's Office, pursuant to Rule 37 of the Federal Rules of Civil Procedure, and for such other relief as is just and proper.

Dated:  December 4, 2009
        New York, New York

Respectfully submitted,

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: _Roberto Finzi_____

Mark Pomerantz
Theodore J. Wells
Roberto Finzi

1285 Avenue of the Americas
New York, New York 10019-6064
Telephone:  (212) 373-3311
Facsimile:  (212) 492-0311
Email: rfinzi@paulweiss.com

Attorneys for Defendant Joseph Contorinis