UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-31-11
```

————————————————————————————

SECURITIES AND EXCHANGE COMMISSION,      :

                  Plaintiff,      :

                 v.      :

NICOS ACHILLEAS STEPHANOU, et al.,      :

               Defendants.      :

————————————————————————————

Civil Action No.
09-cv-01043 (RJS)

## FINAL JUDGMENT AS TO DEFENDANT MICHAEL KOULOUROUDIS

The Securities and Exchange Commission having filed a Complaint and Defendant

Michael Koulouroudis ("Defendant") having entered a general appearance; consented to the

Court's jurisdiction over Defendant and the subject matter of this action; consented to entry of

this Final Judgment without admitting or denying the allegations of the Complaint (except as to

jurisdiction); waived findings of fact and conclusions of law; and waived any right to appeal

from this Final Judgment:

I.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the caption in this

action is amended to change the name "Michael G. Koulouroudis" to "Michael Koulouroudis".

II.

IT IS HEREBY FURTHER ORDERED, ADJUDGED, AND DECREED that Defendant

and Defendant's agents, servants, employees, attorneys, and all persons in active concert or

participation with them who receive actual notice of this Final Judgment by personal service or

otherwise are permanently restrained and enjoined from violating, directly or indirectly, Section

10(b) of the Securities Exchange Act of 1934 [15 U.S.C. § 78j(b)] and Rule 10b-5 promulgated thereunder [17 C.F.R. § 240.10b-5], by using any means or instrumentality of interstate commerce, or of the mails, or of any facility of any national securities exchange, in connection with the purchase or sale of any security:

(a)     to employ any device, scheme, or artifice to defraud;

(b)     to make any untrue statement of a material fact or to omit to state a material fact necessary in order to make the statements made, in the light of the circumstances under which they were made, not misleading; or

(c)     to engage in any act, practice, or course of business which operates or would operate as a fraud or deceit upon any person.

III.

IT IS HEREBY FURTHER ORDERED, ADJUDGED, AND DECREED that Defendant and Defendant's agents, servants, employees, attorneys, and all persons in active concert or participation with them who receive actual notice of this Final Judgment by personal service or otherwise are permanently restrained and enjoined from violating Section 17(a) of the Securities Act of 1933 [15 U.S.C. § 77q(a)] in the offer or sale of any security by the use of any means or instruments of transportation or communication in interstate commerce or by use of the mails, directly or indirectly:

(a)     to employ any device, scheme, or artifice to defraud;

(b)     to obtain money or property by means of any untrue statement of a material fact or any omission of a material fact necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading; or

2

(c)     to engage in any transaction, practice, or course of business which operates or

would operate as a fraud or deceit upon the purchaser.

IV.

IT IS HEREBY FURTHER ORDERED, ADJUDGED, AND DECREED that Defendant

is liable for disgorgement of $371,652, representing profits gained and losses avoided as a result

of the conduct alleged in the Complaint, together with prejudgment interest thereon in the

amount of $70,816, for a total of $442,468; PROVIDED THAT the total of such disgorgement

and prejudgment interest (*i.e.*, $442,468) shall be offset, on a dollar for dollar basis, by the

criminal forfeiture of $198,174 that Defendant has been ordered to pay pursuant to an order of

the Court, filed May 4, 2010, in the criminal case before the United States District Court for the

Southern District of New York, United States of America v. Michael Koulouroudis, Criminal

Action No. S1:09 Cr. 440 (PGG) ("Criminal Action"). The Commission may enforce the

Court's judgment for the balance of disgorgement and prejudgment interest, totaling $244,294

($442,468 less $198,174 criminal forfeiture), by moving for civil contempt (and/or through other

collection procedures authorized by law) at any time after 14 days following entry of this Final

Judgment. In response to any such civil contempt motion by the Commission, the defendant

may assert any legally permissible defense. Payment[s] shall be made by certified check, bank

cashier's check, or United States postal money order payable to the Securities and Exchange

Commission, shall be delivered or mailed to the Office of Financial Management, Securities and

Exchange Commission, Operations Center, 6432 General Green Way, Mail Stop 0-3,

Alexandria, Virginia 22312, and shall be accompanied by a letter identifying Michael

Koulouroudis as a defendant in this action; setting forth the title and civil action number of this

action and the name of this Court; and specifying that payment is made pursuant to this Final

Judgment. A copy of the payment, together with a copy of the accompanying letter, shall be sent

simultaneously to Kingdon Kase, Senior Trial Counsel, Philadelphia Regional Office, Securities

and Exchange Commission, 701 Market Street, Suite 2000, Philadelphia, PA 19106. Defendant

shall pay post-judgment interest on any delinquent amounts pursuant to 28 USC § 1961. The

Commission shall remit the funds paid pursuant to this paragraph to the United States Treasury.

V.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Consent is

incorporated herein with the same force and effect as if fully set forth herein, and that Defendant

shall comply with all of the undertakings and agreements set forth therein.

VI.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court shall retain

jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment.

## VII.

There being no just reason for delay, pursuant to Rule 54(b) of the Federal Rules of Civil

Procedure, the Clerk is ordered to enter this Final Judgment forthwith and without further notice.


Dated: *May 30*, 2011

_____
The Honorable Richard J. Sullivan
United States District Court Judge

5