UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE
COMMISSION,

                       Plaintiff,

-v-

JOSEPH CONTORINIS,

                       Defendant.

No. 09-cv-1043 (RJS)
ORDER

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-9-15

       On February 29, 2012, the Court entered a final judgment against Defendant Joseph Contorinis. (Doc. No. 160.) On June 2, 2014, the Second Circuit issued its mandate affirming the judgment. (Doc. No. 165.) The Court is now in receipt of a joint letter from the parties, dated October 8, 2015, requesting that the Court enter an amended judgment proposed by the parties. (Doc. No. 173.) Since the parties do not provide much information as to why they seek an amended judgment other than a passing reference to Defendant's Petition for a Writ of Certiorari with the Supreme Court, IT IS HEREBY ORDERED THAT, by October 19, 2015, the parties shall submit an explanation for their request.

SO ORDERED.

Dated:     October 9, 2015
             New York, New York

                                                  RICHARD J. SULLIVAN
                                                  UNITED STATES DISTRICT JUDGE